JS-6

FILED
CLERK U.S. DISTRICT COURT
MAR 23 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER TODD JACKSON<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>Defendants. | Case No. CV 05-3362 DOC(JC)<br><br>~~(PROPOSED)~~<br>JUDGMENT |

Pursuant to this Court's Order Adopting Amended Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that: (1) Defendants' Motion for Judgment on the Pleadings is granted; (2) Plaintiff's Motion for Preliminary Injunction is denied; and (3) this action is dismissed without prejudice.

DATED: March 23, 2008

_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE